JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, AND POLITICAL SUBDIVISIONS WITHIN THE STATE OF CALIFORNIA, *ex rel.* WHITNY BRAUN,<br><br>Plaintiffs,<br><br>v.<br><br>DECO ENTERPRISES, INC., DBA DECO LIGHTING AND DECO LIGHTING, INC., *et al.*,<br><br>Defendants. | No. CV 16-08271-SPG-RAO<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

*Qui tam* plaintiff Whitny Braun, Inc. having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; the United States of America having consented, in the interests of justice and pursuant to 31 U.S.C. § 3730(b)(1), to such dismissal without prejudice; and the State of California having consented, pursuant to Gov't Code § 12652(c)(1), to such dismissal without prejudice:

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice, in its entirety and as to all the defendants.

Dated: December 29, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE